Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STAR FABRICS, INC., a California Corporation,

Plaintiff,

v.

INTRO FABRIC, INC., a California Corporation; L' PATRICIA, a Business Entity of Unknown Form; IBERIA FASHION, LLC, a New York Limited Liability Company; SW GROUP, LLC, a New York Limited Liability Company; and DOES 1 through 10,

Defendants.

Case No.: 2:17-cv-03094-MWF-JEM

**NOTICE OF DISMISSAL OF A CERTAIN PARTY**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD*:*

PLEASE TAKE NOTICE THAT Plaintiff Star Fabrics, Inc. hereby dismisses Defendant Intro Fabric, Inc., a California Corporation, *without prejudice*, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i).

The action will continue as to the remaining parties.

Respectfully submitted,

DONIGER / BURROUGHS

Date: May 8, 2017 By: /s/ Stephen M. Doniger
Stephen M. Doniger, Esq.
Howard S. Han, Esq.
Attorneys for Plaintiff